```
          FILED          ____ RECEIVED
          ENTERED        ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

              MAY 21 2012

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:12-CR-024-LRH (WGC) |
| WARD ALAN SCHRECONGOST, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 16, 2012, defendant WARD ALAN SCHRECONGOST pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 18; Plea Memorandum, ECF No. 19.

This Court finds defendant WARD ALAN SCHRECONGOST agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 18; Plea Memorandum, ECF No. 19.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant WARD ALAN SCHRECONGOST pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1.     1.     a Springfield Armory, 9 mm caliber pistol, serial number XD176965, magazine;
2.     and
3.     2.     any and all ammunition ("property").
4. This Court finds the United States of America is now entitled to, and should, reduce the
5. aforementioned property to the possession of the United States of America.
6. NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
7. United States of America should seize the aforementioned property.
8. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
9. WARD ALAN SCHRECONGOST in the aforementioned property is forfeited and is vested in the
10. United States of America and shall be safely held by the United States of America until further order
11. of the Court.
12. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13. shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14. website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
15. the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
16. the name and contact information for the government attorney to be served with the petition,
17. pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
18. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
19. with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
20. Virginia Street, 3rd Floor, Reno, NV 89501.
21. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
22. shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
23. following address at the time of filing:
24.     Greg Addington
    Assistant United States Attorney
25.     100 West Liberty Street, Suite 600
    Reno, NV 89501
26. . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.

5  DATED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE