**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARD ALLEN SCHRECONGOST, JR.,<br><br>　　　　Defendant. | Case No. 3:12-cr-00024-LRH-WGC<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(SECOND REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for WARD ALLEN SCHRECONGOST and CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for January 27, 2022, at 11:00 AM, be vacated and continued to March 17, 2022, at 11:00 AM.

　　/ / /

This Stipulation is entered into for the following reasons:

1. Counsel requests that the current federal revocation hearing follow Mr. Schrecongost's state court case which is currently scheduled for February 17, 2022.

2. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

3. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

4. Mr. Schrecongost is currently on bond.

5. The parties agree to the continuance.

6. This is the second request for a continuance.

DATED this 4th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Lauren D. Gorman<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for WARD SCHRECONGOST | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 27, 2022, at 11:00 AM, be vacated and continued to March 17, 2022, at 11:00 AM.

DATED this __5th__ day of January, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE